



**FILED**

MAR 0 4 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FOSTER CHAMBERS, individually and on behalf of all others similarly situated,
  Plaintiff,
  v.
VILLAGE OF OAK PARK,
  Defendant.

Case No.: [To be Assigned]

25-cv-02265
Judge Jorge L. Alonso
Magistrate Judge Keri L. Holleb Hotaling
Random Cat 1

# COMPLAINT

Plaintiff Foster Chambers, proceeding pro se, brings this action on behalf of himself and all others similarly situated, asserting claims against the Defendant Village of Oak Park for negligence, breach of duty, violations of procedural due process under the Fourteenth Amendment, and related state law claims. This action arises from the Village's systemic failure to enforce mandatory health and safety codes, negligence in permitting practices, and selective enforcement, leading to widespread asbestos exposure, financial harm, and regulatory failures.

# INTRODUCTION

While this Complaint primarily addresses violations occurring from 2019 onward, Plaintiff anticipates that further discovery may reveal that the Village's failure to enforce mandatory safety regulations extends further into the past. If substantiated, Plaintiff intends to seek leave to amend this Complaint to incorporate claims for all similarly affected individuals and entities from the earliest demonstrable date of noncompliance. This action challenges the Village of Oak Park's systemic failure to enforce mandatory health and safety codes related to Cook County demolition permits. From 2019 to the present, Oak Park issued over 12,000 building permits, yet FOIA evidence reveals that approximately 7,925 properties required Cook County demolition permits but never obtained them. The Village's repeated failure to enforce these mandatory codes created hazardous conditions, exposing workers, homeowners, inspectors, and neighbors to asbestos without adequate testing or remediation.

Plaintiff and his workers were unknowingly exposed to hazardous materials, leading to significant health risks. Additionally, Plaintiff alleges that selective enforcement, driven

by animus from Village officials, directly caused him to lose multiple properties and suffer severe financial losses, while comparators with similar violations were ignored.

## JURISDICTION AND VENUE

Jurisdiction is proper under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1367 (supplemental jurisdiction for related state-law claims). Venue is proper under 28 U.S.C. § 1391 because the events giving rise to this Complaint occurred within the Northern District of Illinois.

## PARTIES

Plaintiff Foster Chambers is an individual residing in Illinois and a former general contractor who performed construction projects within the Village of Oak Park. Defendant Village of Oak Park is a municipal corporation responsible for enforcing local building codes and health/safety regulations.

# FACTUAL BACKGROUND

# EVIDENCE TABLE OF CONTENTS

1. **FOIA Records:** Showing Oak Park issued 12,036 building permits (2019-2023), while Cook County issued only 500 demolition permits.
2. **Emails from Cook County:** Confirming that demolition permits are mandatory when altering load-bearing walls.
3. **Initial List of Violations:** Plaintiff identified approximately 100 properties requiring Cook County demolition permits, with only 10 receiving them.
4. **Comprehensive Permit Lists:** Recently obtained data from both Oak Park and Cook County, revealing between 5,000-8,000 properties required permits but only 500 obtained them.
5. **Video Evidence (2019):** The Village enforced the code in court against a contractor, proving awareness and selective enforcement.
6. **Asbestos Exposure on Work Sites:** Plaintiff unknowingly worked on five properties fully permitted by Oak Park but never informed of asbestos risks.

7. **Asbestos Test Results & Photos:** Confirming asbestos-containing materials in properties Plaintiff worked on and currently resides in.
8. **Expert Statement:** Asbestos remediation contractor confirms asbestos contamination is widespread and hazardous in Oak Park.
9. **Ongoing Non-Enforcement:** At least three properties are currently under construction in Oak Park without Cook County demolition permits, yet they are fully permitted by the Village.

## A. The Village's Duty to Enforce Health and Safety Codes

The Village issues building permits requiring compliance with Cook County demolition permits, asbestos safety guidelines, and related regulations. Cook County ordinances mandate demolition permits before work disturbing a load-bearing wall can begin. These permits require asbestos testing and remediation before construction proceeds. The Village has a mandatory duty to enforce these requirements to ensure public safety. Regulatory codes require 100% compliance and do not allow discretion in enforcement. *(See St. Joseph Abbey v. Castille, 712 F.3d 215 (5th Cir. 2013)).*

## B. Plaintiff's Compliance Issues and Targeted Enforcement

Plaintiff worked in Oak Park without incident for 18 months until a verbal altercation occurred with Steve Cutia, Head of the Building Department. Following the altercation, Cutia retaliated, stating: *"I'm going to make sure [he] doesn't work in this town again."* Plaintiff's properties were cited, fined, and subjected to stop-work orders, while comparators with identical violations were allowed to proceed without issue.

Defendants have acknowledged in prior filings that they selectively enforced permit requirements against Plaintiff while failing to apply the same standards to thousands of other properties, as shown in FOIA data and Defendants' responses to Plaintiff's previous litigation. The Village cannot now claim that enforcement is discretionary while simultaneously arguing that they were required to enforce these permits for public safety.

## C. Evidence of Systemic Non-Enforcement and Public Safety Violations

FOIA responses revealed that 64 of 75 properties reviewed failed to obtain Cook County demolition permits but were not penalized. Between 5,000 and 8,000 properties from 2019-2023 failed to comply with mandatory demolition permits, yet no citations or enforcement action was taken.

**Evidence Supporting Plaintiff's Claims:**

- FOIA records showing that between 2019 and 2023, Oak Park issued 12,036 building permits, yet Cook County only issued 500 demolition permits.
- Emails from Cook County confirming that demolition permits are mandatory when altering load-bearing walls, proving that thousands of properties were out of compliance.
- Plaintiff initially compiled a list of approximately 100 properties requiring Cook County demolition permits, but only around 10 had actually received them.
- Recently obtained full permit lists from both Oak Park and Cook County further highlight the massive gulf in enforcement—of the 12,036 permits issued, between 5,000-8,000 properties required the permit but only 500 obtained it.
- Video evidence from 2019 of the Village enforcing this very code in court against a Contractor, proving they knew about the requirement and were punishing people for it.
- The same Village official, Dexter, who was arguing for the fine in court was also the head of the permitting department overseeing the process at the time.
- Plaintiff personally worked on five properties, unknowingly exposing himself to asbestos before he was ever cited by the Village. All five properties were fully permitted by Oak Park, and in some cases heavily ticketed, yet the Village never informed Plaintiff or the property owners about the Cook County demolition permit requirement.
- Plaintiff has asbestos test results and photographic evidence of asbestos-containing materials in properties he worked on and now resides in.
- Plaintiff has a statement from an asbestos remediation contractor detailing his experience in Oak Park, confirming the widespread and dangerous nature of asbestos contamination.
- The Village was made aware of these dangers over four years ago and has failed to take any action to stop these violations, further endangering workers and residents.
- Currently, at least three properties are undergoing construction in Oak Park without required Cook County demolition permits, yet all have received permits from Oak Park, showing that non-enforcement continues.

Due to this overwhelming evidence, Plaintiff will be filing a Motion for Class Certification as all the required elements under Rule 23 have been satisfied. Discovery is unnecessary in this case as the Village already possesses the relevant information, and Plaintiff has independently gathered the necessary evidence, including test results, photographs, emails, and expert statements. The Village's continued failure to enforce Cook County demolition permit requirements despite direct knowledge of the violations demonstrates an ongoing public health crisis that requires immediate judicial intervention.

# CLASS ACTION ALLEGATIONS

Plaintiff brings this action pro se at this time but acknowledges that a class action must be represented by counsel to proceed. Upon certification of the class, Plaintiff will either

obtain qualified class counsel independently or petition the Court to appoint counsel under Federal Rule of Civil Procedure 23(g) to adequately represent the class.

Plaintiff brings this action on behalf of a class of individuals affected by the Village of Oak Park's failure to enforce Cook County demolition permit requirements, leading to asbestos exposure, financial harm, and unsafe housing conditions. This Complaint does not include claims related to selective enforcement, business losses, or reputational harm, as Plaintiff **reserves the right to pursue those claims independently in a separate action.

## A. Class Definition

Plaintiff seeks to represent all property owners, contractors, construction workers, inspectors, and residents affected by the Village's failure to enforce Cook County demolition permit requirements, leading to asbestos exposure, financial harm, and unsafe housing conditions.

Plaintiff explicitly does not seek to litigate individual claims related to targeted enforcement, business losses, or reputational harm within this class action. Plaintiff reserves the right to pursue such claims separately.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests:

1. Certify the proposed class under Rule 23(a) and (b)(3);
2. Compensatory damages for property devaluation and financial harm caused by asbestos exposure;
3. Injunctive relief requiring 100% compliance with mandatory demolition permit enforcement;
4. Class-wide damages for asbestos remediation, medical monitoring, and necessary structural repairs;
5. Declaratory judgment affirming the Village's conduct as negligent;
6. The establishment of a court-supervised victims' compensation fund to provide financial relief for those exposed to asbestos and to cover future medical costs;
7. Enhanced compensatory damages for the Village's reckless and deliberate disregard for public health and safety;
8. An immediate injunction halting all ongoing construction in Oak Park until a full audit can be conducted and every property is confirmed to be in compliance with Cook County demolition permit requirements;
9. An order requiring Oak Park to publicly disclose all properties that failed to obtain proper Cook County demolition permits.

10. Costs and attorney's fees as allowed by law.

Plaintiff further reserves the right to pursue individual claims related to selective enforcement, lost business opportunities, and reputational harm separately.

Foster Chambers

Pro Se

3-4-25

# EVIDENCE TABLE OF CONTENTS

1. **FOIA Records: Demonstrating that between 2019 and 2023, Oak Park issued 12,036 building permits, yet Cook County issued only 500 demolition permits, proving systemic non-enforcement.**
2. **April 2024 FOIA Request: Identifying all demolition-only permits issued between December 2023 and April 2024, confirming that none of these properties obtained the required Cook County permits.**
3. **List of 73 Properties: Showing hard evidence that 73 properties required Cook County demolition permits, with only 11 obtaining them, proving an 85% non-compliance rate.**
4. **Emails from Cook County: Confirming that a Cook County demolition permit is mandatory for any project involving a load-bearing wall and requires asbestos testing and remediation before work can proceed.**
5. **Video Evidence from 2019: Showing that the Village of Oak Park enforced the permit requirement against select individuals while failing to enforce it uniformly.**
6. **Asbestos Exposure Evidence: Including asbestos test results and photographic evidence from properties where Plaintiff worked and currently resides, proving direct exposure.**
7. **Expert Testimony from an Asbestos Remediation Contractor: Stating that asbestos contamination is widespread in Oak Park and confirming the dangers posed by the Village's non-enforcement.**
8. **Ongoing Non-Enforcement: Identifying at least three properties currently undergoing construction without Cook County demolition permits, despite receiving full permits from Oak Park.**

1. **FOIA Records: Demonstrating that between 2019 and 2023, Oak Park issued 12,036 building permits, yet Cook County issued only 500 demolition permits, proving systemic non-enforcement.**

**Foia granting letters from Village of Oak Park and Cook county. Actually files to large for this application(over 1000 pages of info)**

2. **April 2024 FOIA Request: Identifying all demolition-only permits issued between December 2023 and April 2024, confirming that none of these properties obtained the required Cook County permits.**



The Village of Oak Park     708.383.6400
Village Hall     foialaw@oak-park.us
123 Madison Street
Oak Park, Illinois 60302

04/22/2024

Anonymous
N/A
N/A, IL 00000

Re:     FOIA Request
Date:     04/01/2024
Type:     Building permits, plans, inspections and property records
No.:     24-00623
Email:     clerk@oak-park.us

Dear Requester:

Thank you for writing to the Village of Oak Park ("Village") with your request for records pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq.

Public Records Requested:

> *Can I have the address to all granted demolition interior and demolition structure permits granted so far in 2024.*

> *Can I see all emails between Lacey sikora and the following oak park employees: Jeff prior, anyone in the law department and Stephen cutia. From 10/1/23-12/31/23*

> *And I would also like the name of the liability insurance provider that handles the village of oak park. And any details about that policy that can be shared.*

The Village has granted your request and enclosed are copies of the document(s) requested.

> *After a thorough search of the Village's records, please see the responsive documents.*

Sincerely,

Law
foialaw@oak-park.us

| ISSUED DATE | PARCEL NO | CASE NO | JOB SITE | JOB DESCRIPTION |
|---|---|---|---|---|
| 01/10/2024 | 16053070280000 | PRRCA202303969 | 1118 N AUSTIN BLVD OAK PARK IL 60302 | Demo of drywall ,replace furnaces , paint, flooring, new kitchen cabinets |
| 01/25/2024 | 16071030020000 | PRDMI202400161 | 931 CHICAGO AVE OAK PARK IL 60302 | INTERIOR DEMOLITION-Start preparation and removals related to permit application PRCNA202304467. Remove addition bump outs, trim, and siding as required.

Project scope must match what was approved by the Historic Preservation |
| 01/28/2024 | 16173170220000 | PRRCA202304324 | 1109 HIGHLAND AVE OAK PARK IL 60304 | Basement remodeling including: interior demo, new partition walls, electrical work, plumbing work, new drywall, painting, new carpet and vinyl |
| 02/02/2024 | 16074050080000 | PRCNA202400204 | 401 SOUTH BLVD OAK PARK IL 60302 | Interior non-structural demolition. The building has multiple roof and parapet wall leaks. The work being done is Interior non-structural demolition to expose and evaluate the condition of the building's structure. Application for permit for construction alterations to follow. |
| 02/13/2024 | 16181130100000 | PRACS202304521 | 611 CLINTON AVE OAK PARK IL 60304 | Demo existing - Build new 24x22 detached frame garage w/ electric |
| 02/13/2024 | 16181130100000 | PRACS202304521 | 611 CLINTON AVE OAK PARK IL 60304 | Demo existing - Build new 24x22 detached frame garage w/ electric |

| Date | Number | Permit | Address | Description |
|---|---|---|---|---|
| 02/16/2024 | 16073250030000 | PRRCA202303588 | 412 CLINTON AVE OAK PARK IL 60302 | - DEMOLISH WINDOWS AND PARTIAL ROOF IN THE ATTIC. - CONSTRUCT NEW DORMER OVER EXISTING STAIRWAY IN ATTIC. - CONSTRUCT NEW PARTITION WALLS IN ATTIC SPACE. - INSTALL NEW WINDOWS IN ATTIC. - EXTEND HIGH VELOCITY AIR CONDITIONING TO ATTIC SPACE. - INSTALL NEW ELECTRICAL AND LIGHTING IN ATTIC SPACE. |
| 02/16/2024 | 16171260040000 | PRACS202304449 | 806 HIGHLAND AVE OAK PARK IL 60304 | Demo existing - Build new 22x22 detached frame garage w/ electric |
| 02/20/2024 | 16182100020000 | PRRCA202400078 | 604 WESLEY AVE OAK PARK IL 60304 | Remodel basement bathroom, demo basement ceiling and install new lighting, ***Adding a new water service with separate permit app |
| 02/20/2024 | 16173170350000 | PRDMI202400237 | 1139 HIGHLAND AVE OAK PARK IL 60304 | INTERIOR DEMO- Remove existing wood framing (Previous owner removed roof/roof rafters, ceilings & all drywall) CC demo permit under other permit |
| 02/21/2024 | 16071120160000 | PRMFA202303848 | 211 N MARION ST OAK PARK IL 60302 | Kitchen Remodeling. Adding Washer/Dryer. Demolish non-structure walls. New non-structural walls |
| 02/23/2024 | 16053030230000 | PRMSC202400396 | 841 N LOMBARD AVE OAK PARK IL 60302 | Demo existing concrete driveway pad. There is no garage present just a parking pad |

| | | | | |
|---|---|---|---|---|
| 02/23/2024 | 16073010190000 | PRDMI202400401 | 1111 SOUTH BLVD OAK PARK IL 60302 | INTERIOR DEMOLITION-We are removing 2 non structural walls in the kitchen. Half a bar in the dining room. Half a wall in the dining room and the wood decorative walls in the dining room. |
| 02/23/2024 | 16081210470000 | PRRCA202303914 | 131 N TAYLOR AVE OAK PARK IL 60302 | Install exterior wood siding, new windows, update porch, demo existing rear addition and build new 2-story rear addition, build new yard deck, new main level floor layout, new second floor primary ensuite, install dual-zone HVAC, install 200-amp electrical service. |
| 02/26/2024 | 16072040100000 | PRRCA202400393 | 400 N SCOVILLE AVE OAK PARK IL 60302 | Non-Structural demolition of existing finished attic only. No further work at this time |
| 02/28/2024 | 16182000170000 | PRRCA202400419 | 544 S OAK PARK AVE OAK PARK IL 60304 | Non structural Demo interior only ***ADDRESS WAS CHANGED FROM 408 S OP Ave to 544 S OP Ave. ***TPatterson on 2/28/24 Garage service door replace only (same size and height) repair holes Concrete attached is plat of survey highlighted areas Install windows new same size white single hung white ...***FENCE ON SEPARATE PERMIT.**** |

| | | | | |
|---|---|---|---|---|
| 03/06/2024 | 16064110080000 | PRRCA202400481 | 710 FAIR OAKS AVE OAK PARK IL 60302 | Remodeling Basement Homeowner has already had drain tile system installed by another contractor. Plan is to demo existing flooring, drop ceiling, studs, and a small portion of concrete flooring (for plumbing drain). We will finish basement with new 2x6 studs 16 OC, drywall, R19 fiberglass insulation batt along exterior walls, plumbing for new bathroom, one bedroom (with a new operable casement window that meets egress clearance requirements), hard wired smoke alarm/CO monitors, new electrical (EMT conduit, 220v electric baseboard heaters), new LVP flooring, plumbing for relocated |

| | | | | |
|---|---|---|---|---|
| 03/08/2024 | 16173060110000 | PRRCA202400531 | 928 LYMAN AVE OAK PARK IL 60304 | INTERIOR DEMOLITION /WATING FOR A FULL RESTORATION PERMIT TO BE APPROVE WE WOULD LIKE TO GET A PERMIT FOR THE INTERIOR DEMOLITION FOR THIS APLICATION - NON STRUCTURAL ONLY |
| 03/12/2024 | 16063070180000 | PRACS202301914 | 719 N MARION ST OAK PARK IL 60302 | 1. A automatic fire sprinkler will be required under the following codes. AJ109.9 Automatic Fire Sprinkler Systems in existing one- and two- family dwellings and townhouses: AJ109.9.1 Additions. An automatic NFPA 13D residential fire sprinkler system shall be installed throughout existing one- and two- family dwellings and demolish existing 1 car garage and replace with a new 2- car garage at the rear of the lot |
| 03/12/2024 | 16173270380000 | PRCNA202400406 | 6212 ROOSEVELT RD OAK PARK IL 60304 | Demo of old chimney. |
| 03/15/2024 | 16184290010000 | PRACS202303578 | 1150 S ELMWOOD AVE OAK PARK IL 60304 | Demo 18'x18' old garage. Build/Frame new 22'x22' detached garage w/ new concrete slab, apron, service pad, and 10'x7' new concrete patio at party door. ***See comments. TPatterson on 3.14.24 |

| 03/19/2024 | 16063040060000 | PRRCA202400469 | 830 WOODBINE AVE OAK PARK IL 60302 | DEMO INTERIOR ,REMOVE ALL INTERIOR PLASTER AND DRYWALL-NON STRUCTURAL ONLY |
| 03/21/2024 | 16073190261013 | PRMFA202400670 | 842 WASHINGTON BLVD # G OAK PARK IL 60302 | Bathroom remodel which will include the demo of the existing drywall, the removal of the bath tub, sink and toilet, floor tiles, and wall tiles. New drywall (green board & durock), door, toilet, sink, tiles, shower fixtures to be installed. No tub installation to be converted to walk in shower. New exhaust fan install. There will be no changes to the buildings structural framing system.<br><br>And Also,<br><br>Back entry door replacement - existing door and frame to be removed and new door and frame to be installed. |
| 03/21/2024 | 16182300140000 | PRRCA202400632 | 846 GUNDERSON AVE OAK PARK IL 60304 | Demo and renovation of front porch. Being replaced is the porch itself, treads, risers, stringers, and joists. The wooden slats and the columns are being kept as is. This will be done with respect to both the neighborhood and to the historic design for the historic preservation committee. |

| | | | | |
|---|---|---|---|---|
| 03/21/2024 | 16182180330000 16182180331001 | PRMFA202400748 | 746 WESLEY AVE # 1N OAK PARK IL 60304; 746 WESLEY AVE OAK PARK IL 60304 | Demo of existing kitchen cabinets, stove & sink, installation of new cabinets in a similar layout. Installation of 2 new GFCI outlets and 1 new single pole switch for dishwasher shut off. Installation of new appliances, stove, dishwasher, sink & faucet. Relocate gas line from north wall to west wall for new stove. |
| 03/26/2024 | 16073050010000 | PRCNA202400597 | 100 S KENILWORTH AVE OAK PARK IL 60302 | Demolition of interior in existing laundromat including but not limited to walls, ceiling, electrical fixtures, plumbing, HVAC ducts and diffusers/ grilles, and |
| 03/28/2024 | 16171210300000 | PRRCA202400847 | 735 LYMAN AVE OAK PARK IL 60304 | Demo of wooden fence between backyard and alley & installing new 6' cedar fence |

3/3/25, 10:45 AM

Service Request Edit Page



FOIA Center for the Offices under the President

## Main Menu

Select Language ▼

🏠 Home

🔍 FAQs

📝 Submit a FOIA Request

👤 My Request Center

➡ Logout

View Message(s)

### Request / Incident Summary

**Request Type:** FOIA Request

**Contact E-Mail:** fchambers@52ndave.com

**Reference No:** R004400-042324

**Status:** No Records Responsive

## FAQs

See All FAQs 🔍

When will the County respond to my request for information?

How do I submit a FOIA request for other County Offices?

Are there fees for copies of public records?

What is a Commercial Request?

Why does Cook County request my contact information?

### Additional Information

**Is your FOIA request for a Commercial Purpose?:**
No

*"Commercial purpose" means the use of any part of a public record or records, or information derived from public records, in any form for sale, resale, or solicitation or advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Is this a request from a media outlet?:**
No

**Department Requesting Record(s) From:**
Environment and Sustainability
Please note this is not an exhaustive list...

Environment and Sustainability maintains the following types of records: Permits, Violations, Inspection Reports, Complaints



Service Request Edit Page

demo permits for the following properties all in oak park. 1118 n austin blvd 931
chicago ave 1109 highland ave 401 south blvd 611 clinton ave 412 clinton ave 806
highland ave 604 wesley ave 1139 highland ave 211 n marion st 1111 south blvd
131 n taylor ave 400 n scoville ave 710 fair oaks ave 719 n Marion st 1150 s
elmwood ave 830 woodbine ave 842 washington blvd #g

### ☑ Additional Request Details

**Date From:**                                    **Date To:**
11/01/2023                                         04/30/2024

**Preferred Method to Receive Records:**
Electronic via Download
Additional fees may apply for non-electronic delivery

| New Message | Return to List |
| --- | --- |

## Messages                                                     🖨 Print Messages (PDF)

> ↩ On 4/26/2024 12:30:59 PM, Foster Chambers wrote:

> ☑ On 4/26/2024 12:24:19 PM, Cook County Office of the President wrote:

> ↩ On 4/26/2024 11:26:35 AM, Foster Chambers wrote:

> ☑ On 4/26/2024 10:55:15 AM, Cook County Office of the President wrote:

> ☑ On 4/23/2024 1:40:49 PM, Cook County Office of the President wrote:

> ☑ On 4/23/2024 1:40:48 PM, Foster Chambers wrote:



3. **List of 73 Properties: Showing hard evidence that 73 properties required Cook County demolition permits, with only 11 obtaining them, proving an 85% non-compliance rate.**

**Exhibit H**

**Foia Request with address and dates of properties that have been issued full buildng permits in Oak Park that required Demo work which required a cook county demo permit which was never issued by Cook county**

| FOIA Request ID | Date | Property Address | Status |
|---|---|---|---|
| R004641-061224 | 06/12/24 | 321 N East Ave | No Records Responsive |
| R004641-061224 | 06/12/24 | 928 S Lyman Ave | No Records Responsive |
| R004533-052024 | 05/20/24 | 520 Harvey Ave | No Records Responsive |
| R004533-052024 | 05/20/24 | 532 Harvey Ave | No Records Responsive |
| R004530-052024 | 05/20/24 | 520 Harvey | No Records Responsive |
| R004530-052024 | 05/20/24 | 534 Harvey | No Records Responsive |
| R004406-042424 | 04/24/24 | 1139 Highland Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 1118 N Austin Blvd | No Records Responsive |
| R004400-042324 | 04/23/24 | 931 Chicago Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 1109 Highland Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 401 South Blvd | No Records Responsive |
| R004400-042324 | 04/23/24 | 611 Clinton Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 412 Clinton Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 806 Highland Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 604 Wesley Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 1139 Highland Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 211 N Marion St | No Records Responsive |
| R004400-042324 | 04/23/24 | 1111 South Blvd | No Records Responsive |
| R004400-042324 | 04/23/24 | 131 N Taylor Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 400 N Scoville Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 710 Fair Oaks Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 719 N Marion St | No Records Responsive |
| R004400-042324 | 04/23/24 | 1150 S Elmwood Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 830 Woodbine Ave | No Records Responsive |
| R004400-042324 | 04/23/24 | 842 Washington Blvd #G | No Records Responsive |
| R002110-091222 | 09/12/22 | 1108 S Cuyler | Granted |
| R002110-091222 | 09/12/22 | 1154 Elmwood | No Records Responsive |
| R002110-091222 | 09/12/22 | 1122 Elmwood | No Records Responsive |
| R002110-091222 | 09/12/22 | 934 Gunderson | No Records Responsive |
| R002110-091222 | 09/12/22 | 1140 Gunderson | No Records Responsive |
| R002110-091222 | 09/12/22 | 1120 Wesley | No Records Responsive |
| R002110-091222 | 09/12/22 | 1021 Wesley | No Records Responsive |
| R002110-091222 | 09/12/22 | 1015 Wesley | No Records Responsive |
| R002110-091222 | 09/12/22 | 935 Kenilworth | No Records Responsive |
| R002110-091222 | 09/12/22 | 927 Grove | Granted |
| R002110-091222 | 09/12/22 | 944 Grove | No Records Responsive |
| R002110-091222 | 09/12/22 | 946 Grove | No Records Responsive |
| R002110-091222 | 09/12/22 | 937 Clinton | No Records Responsive |
| R002110-091222 | 09/12/22 | 1038 Wisconsin | No Records Responsive |
| R002110-091222 | 09/12/22 | 1108 Maple | granted |
| R002533-011523 | 01/15/23 | 1108 S Maple | granted |
| R002533-011523 | 01/15/23 | 1030 S Home | granted |

| R002533-011523 | 01/15/23 944 S Clinton | No Records Responsive |
| R002533-011523 | 01/15/23 946 S Clinton | No Records Responsive |
| R002533-011523 | 01/15/23 1000 S Grove | No Records Responsive |
| R002533-011523 | 01/15/23 1106 S Grove | granted |
| R002533-011523 | 01/15/23 1143 S Grove | No Records Responsive |
| R002533-011523 | 01/15/23 1156 S Wesley | No Records Responsive |
| R002533-011523 | 01/15/23 1120 Wesley | granted |
| R002533-011523 | 01/15/23 1122 Elmwood | No Records Responsive |
| R002533-011523 | 01/15/23 1153 Elmwood | No Records Responsive |
| R002533-011523 | 01/15/23 934 Gunderson | No Records Responsive |
| R002533-011523 | 01/15/23 1042 Ridgeland | No Records Responsive |
| R002533-011523 | 01/15/23 1026 Ridgeland | No Records Responsive |
| R002533-011523 | 01/15/23 1021 Ridgeland | No Records Responsive |
| R002533-011523 | 01/15/23 1018 Cuyler | No Records Responsive |
| R002533-011523 | 01/15/23 1159 Cuyler | No Records Responsive |
| R002533-011523 | 01/15/23 1182 Cuyler | No Records Responsive |
| R002531-011423 | 01/14/23 227 N Lombard | Granted |
| R002469-122622 | 12/26/22 1166 S Cuyler | No Records Responsive |
| R002871-040323 | 04/03/23 823 Gunderson | No Records Responsive |
| R002859-032923 | 03/29/23 1143 Taylor | No Records Responsive |
| R002858-032923 | 03/29/23 1141 Highland Ave | No Records Responsive |
| R002257-101922 | 10/19/22 524 N Cuyler Ave | No Records Responsive |
| R002257-101922 | 10/19/22 1140 East Ave | No Records Responsive |
| R002719-022423 | 02/24/23 1131 Elmwood | Granted |
| R002702-022123 | 02/21/23 1108 Elmwood | Granted |
| R003068-051723 | 05/17/23 1021 East Ave | Granted |
| R002943-042223 | 04/22/23 635 S Harvey | No Records Responsive |
| R002917-041623 | 04/16/23 1130 Harvey | No Records Responsive |
| R002910-041323 | 04/13/23 1156 Wesley | No Records Responsive |
| R002910-041323 | 04/13/23 1153 Wenonah | No Records Responsive |
| R002893-040823 | 04/08/23 534 S Harvey | No Records Responsive |

4.  **Emails from Cook County: Confirming that a Cook County demolition permit is mandatory for any project involving a load-bearing wall and requires asbestos testing and remediation before work can proceed.**

2/27/25, 12:19 AM                                    Phoenix residential Mail - Demo permits

 Gmail                                    **foster chambers <fchambers@52ndave.com>**

## Demo permits

**Michael Barbieri (Environment and Sustainability)** <Michael.Barbieri@cookcountyil.gov>                    Thu, Apr 20, 2023 at 11:40 AM
To: foster chambers <fchambers@52ndave.com>

If a load bearing wall is altered or removed in any way you need a permit through us.

Michael Barbieri

Cook County Department of Environment & Sustainability

69 W Washington

Suite 1900

Chicago, IL 60602

Michael.barbieri@cookcountyil.gov

(312) 603-8220

Consider the environment; print only if necessary

**From:** foster chambers <fchambers@52ndave.com>
**Sent:** Thursday, April 20, 2023 11:21 AM
**To:** Michael Barbieri (Environment and Sustainability) <Michael.Barbieri@cookcountyil.gov>
**Subject:** Demo permits

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

[Quoted text hidden]

5. **Video Evidence from 2019:** Showing that the Village of Oak Park enforced the permit requirement against select individuals while failing to enforce it uniformly.

**Cannot submit this files with this application if the court needs to see it i can produce cd and timestamps.**

6. **Asbestos Exposure Evidence: Including asbestos test results and photographic evidence from properties where Plaintiff worked and currently resides, proving direct exposure.**







## NORTHERN ENVIRONMENTAL DEVELOPMENT
2000 W. Carroll Suite 303B Chicago, Il  60612   Phone (312) 850-9010  Fax (312) 850-9050

Submitted to: Foster Chambers

May 26, 2021

**RE:   Asbestos Inspection Report 1166 Cuyler Oak Park, Il**

Northern Environmental Development performed asbestos bulk sampling of suspect asbestos containing materials prior to a planned demolition. The scope of the work was to perform bulk sample collection, and provide material analysis for asbestos content by Polarized Light Microscopy (PLM). Illinois Department of Public Health (IDPH) licensed asbestos building inspector, Michael Casey ID # 100-6299 performed the sample collection.  The sample results are contained in Appendix A of this report.  The samples were analyzed by Polarized Light Microscopy (PLM) at Stat Analysis Corporation, a NVLAP accredited laboratory located in Chicago. (Please note that the scope was limited to sample collection and analysis of accessible materials only)

**SAMPLE ANALYSIS**

The bulk asbestos samples were analyzed by PLM (Polarized Light Microscopy) at Stat Analysis Corporation, a laboratory accredited by NVLAP (National Voluntary Laboratory Accreditation Program).

**ANALYTICAL RESULTS**

A summary of Asbestos Containing Materials (ACM) identified during the limited survey are found in Appendix a.

**CONCLUSION**

The 9" vinyl floor tiles (rear porch) , black mastic, fiber board wall and ceiling panels (attic), and rope like pipe insulation (basement) samples contained chrysotile asbestos.
(See table I for the summary of sampling results)

**RECOMMENDATION**

Northern Environmental Development recommends that the repair or removal of asbestos containing materials be performed by an IDPH licensed asbestos contractor prior to any renovation or demolition activities expected to impact the material.

It was a pleasure working with you on this project.  If you have any questions, please call us at 312-850-9050. Respectfully submitted,

Northern Environmental Development, Inc.

Submitted to: Foster Chambers                              May 26, 2021

RE:  Asbestos Inspection Report 1166 Cuyler Oak Park, Il

Table I

| Sample # | Material Description / Location | Asbestos |
|----------|-------------------------------|----------|
| 1 | Green asphalt roof shingle  / exterior roofing | ND |
| 2 | Window glaze / wood double hung windows  throughout | ND |
| 3 | **9" x 9" tan floor tile / top layer rear enclosed porch** | 1 - 5 % Chrysotile Asbestos |
| 4 | **Black mastic with 9" tan floor tile / top layer rear porch** | 1 - 5 % Chrysotile Asbestos |
| 5 | **9" x 9" green floor tile / lower layer rear enclosed porch** | 5 - 10 % Chrysotile Asbestos |
| 6 | **Black mastic with 9" green floor tile /   rear enclosed porch** | 1 - 5 % Chrysotile Asbestos |
| 7 | Tar paper underlayment / bottom layer on wood rear porch | ND |
| 8 | 9" brown floor tile / kitchen | ND |
| 9 | Black mastic associated with 9" brown floor tile / kitchen | ND |
| 10 | Tar paper underlayment / bottom layer kitchen | ND |
| 11 | Hard Plaster  /  walls and ceilings | ND |
| 12 | Fiberboard panels / basement walls and ceiling | ND |
| 13 | Loose fill insulation / attic under floor boards | ND |
| 14 | **White fiber panels / attic all and ceiling panels** | 20 - 25 % Chrysotile Asbestos |
| 15 | Brown fiberboard panels / basement walls and ceiling | ND |
| 16 | **White insulation rope / water pipe in basement** | 60 - 65 % Chrysotile Asbestos |
| 17 | Gray asphalt siding / rear exterior siding | ND |
| 18 | Brown Fiberboard insulation panel / under rear siding | ND |

ND = No asbestos components detected by PLM

 **Analysis Corporation**
*2242 West Harrison St., Suite 200, Chicago, IL 60612-3766*
*Tel: (312) 733-0551 Fax: (312) 733-2386 STATinfo@STATAnalysis.com*



NVLAP Lab Code 101202-0

## ASBESTOS ANALYSIS BY POLARIZED LIGHT MICROSCOPY

Method: EPA/600/R-93/116

Northern Environmental Development
2000 W. Carroll Ave., Ste. 303B
Chicago, IL 60612
Phone: (312) 850-9010
Fax:    (312) 850-9050

| Reference: | | | Date Received: 05/21/2021 |
| Location: | 1166 Cuyler Oak Park, IL | | Date Analyzed: 05/21/2021 |
| Batch No.: | 352667 | | Date Reported: 05/21/2021 |
| Customer No.: | 251 | | Turn Around Time: 5 Days |

| Laboratory Sample | Customer Sample Number | Asbestos Components (%) | Non-Asbestos Components (%) |
|---|---|---|---|
| 352667001 | 1 | ND | Cellulose 5-10% Binder 80-85% Glass 5-10% |
| 352667002 | 2 | ND | Binder 99-100% |
| 352667003 | 3 | Chrysotile 1-5% | Binder 95-99% |
| 352667004 | 4 | Chrysotile 1-5% | Binder 95-99% |
| 352667005 | 5 | Chrysotile 5-10% | Binder 90-95% |
| 352667006 | 6 | Chrysotile 1-5% | Binder 95-99% |
| 352667007 | 7 | ND | Cellulose 80-85% Binder 15-20% |
| 352667008 | 8 | ND | Binder 99-100% |
| 352667009 | 9 | ND | Binder 99-100% |
| 352667010 | 10 | ND | Cellulose 80-85% Binder 15-20% |
| 352667011 | 11 | ND | Binder 90-95% Other 5-10% |
| 352667012 | 12 | ND | Cellulose 95-99% Binder 1-5% |
| 352667013 | 13 | ND | Glass 99-100% |

ND = Asbestos Not Detected (Not Present)    NA = Not Analyzed    NS = Not Submitted

Components of inhomogeneous samples are analyzed per our Standard Operating Procedure, or per customer request.

The use of the NVLAP logo does not imply endorsement by NVLAP or any agency of the US Government.

*The information contained in this report and any attachments is confidential information intended only for the use of the individual or entities named above. The results of this report relate only to the samples tested. If you have received this report in error, please notify us immediately by phone. This report shall not be reproduced, except in its entirety, unless written approval has been obtained from the laboratory. This report remains property of STAT Analysis until payment is received in full (see invoice).*

Analyzed by Name :

Henry Robateau / Microscopist

Date:   05/21/2021

Page 1 of 2

**STAT** **Analysis Corporation**
*2242 West Harrison St., Suite 200, Chicago, IL 60612-3766*
*Tel: (312) 733-0551 Fax: (312) 733-2386 STATinfo@STATAnalysis.com*



NVLAP Lab Code 101202-0

## ASBESTOS ANALYSIS BY POLARIZED LIGHT MICROSCOPY

Method: EPA/600/R-93/116

Northern Environmental Development
2000 W. Carroll Ave., Ste. 303B
Chicago, IL 60612
Phone: (312) 850-9010
Fax:    (312) 850-9050

Reference:
Location:     1166 Cuyler Oak Park, IL
Batch No.:    352667
Customer No.: 251

Date Received: 05/21/2021
Date Analyzed: 05/21/2021
Date Reported: 05/21/2021
Turn Around Time: 5 Days

| Laboratory Sample | Customer Sample Number | Asbestos Components (%) | Non-Asbestos Components (%) |
|---|---|---|---|
| 352667014 | 14 | Chrysotile 20-25% | Binder 75-80% |
| 352667015 | 15 | ND | Cellulose 95-99% Binder 1-5% |
| 352667016 | 16 | Chrysotile 60-65% | Binder 35-40% |
| 352667017 | 17 | ND | Cellulose 80-85% Binder 15-20% |
| 352667018 | 18 | ND | Cellulose 99-100% |

ND = Asbestos Not Detected (Not Present)      NA = Not Analyzed      NS = Not Submitted

Components of inhomogeneous samples are analyzed per our Standard Operating Procedure, or per customer request.

The use of the NVLAP logo does not imply endorsement by NVLAP or any agency of the US Government.

*The information contained in this report and any attachments is confidential information intended only for the use of the individual or entities named above. The results of this report relate only to the samples tested. If you have received this report in error, please notify us immediately by phone. This report shall not be reproduced, except in its entirety, unless written approval has been obtained from the laboratory. This report remains property of STAT Analysis until payment is received in full (see invoice).*

Analyzed by Name:

Page 2 of 2

Henry Robateau / Microscopist

Date:  05/21/2021

**United States Department of Commerce**
**National Institute of Standards and Technology**



# Certificate of Accreditation to ISO/IEC 17025:2005

### NVLAP LAB CODE: 101202-0

## STAT Analysis Corporation
Chicago, IL

*is accredited by the National Voluntary Laboratory Accreditation Program for specific services,*
*listed on the Scope of Accreditation, for:*

## Asbestos Fiber Analysis

*This laboratory is accredited in accordance with the recognized International Standard ISO/IEC 17025:2005.*
*This accreditation demonstrates technical competence for a defined scope and the operation of a laboratory quality*
*management system (refer to joint ISO-ILAC-IAF Communique dated January 2009).*



2020-07-01 through 2021-06-30
*Effective Dates*

*For the National Voluntary Laboratory Accreditation Program*

**ASBESTOS
PROFESSIONAL
LICENSE**

IDPH

| ID NUMBER | ISSUED | EXPIRES |
|---|---|---|
| 100 - 06299 | 4/20/2021 | 05/15/2022 |

MICHAEL J CASEY
3_     .L RD
F            60546



| ENDORSEMENTS | TC EXPIRES |
|---|---|
| SUPERVISOR/WORKER | 3/3/2022 |
| INSPECTOR | 2/2/2022 |
| MANAGEMENT PLANNER | 2/2/2022 |
| PROJECT MANAGER | 3/3/2022 |
| AIR SAMPLING PROFESSIONAL | |

Alteration of this license shall result in legal action
This license issued under authority of the State of Illinois
Department of Public Health
This license is valid only when accompanied by a valid
training course certificate.

7. **Expert Testimony from an Asbestos Remediation Contractor: Stating that asbestos contamination is widespread in Oak Park and confirming the dangers posed by the Village's non-enforcement.**

**Will provide after process has begun finalizing the document right now.**

8. **Ongoing Non-Enforcement: Identifying at least three properties currently undergoing construction without Cook County demolition permits, despite receiving full permits from Oak Park.**



SAAS, Ridgeland

**Oak Park**
Development Customer Services Department

# NOTICE OF VIOLATION

**This site is in violation of the following site development item(s):**

☐ **SAFETY FENCING**-Provide a six foot safety fence around all construction, the structures(s) and storage of materials. Fence shall be secured. Secure the structure.

☐ **ADDRESS NUMBERS**-Post address numbers of the site.

☐ **PERMIT**-Post permit(s) visible from the street

☐ **CONTRACTOR INFO**-Post contractor's name and contact number.

☐ **MATERIALS**-Store safely and secured in a fenced area.

☒ **VEGETATION**-Maintain all grass / vegetation under 6" high.

☒ **DEBRIS/TRASH**-Remove all misc. debris and trash from the site.

☐ **DUST**-Maintain dust to a minimum as not to cause a nuisance.

☐ **TOILET**-Maintain sanitary facilities on site, 10' from lot lines.

☐ **DUMPSTER / TRASH CONTAINER-** Provide a proper trash container, remove all debris. Remove/prevent overflowing containers.

☐ **CITY STREET/ALLEY-**Clean alley and or street daily.

☐ **SIDEWALK-**Remove obstructions & restore the sidewalk.

☐ **PARKWAY TREES-**Install a fence 10' around the parkway tree(s).

☐ **PARKWAY-**Remove all debris from the parkway-restore grades.

☐ **PEDESTRIAN PROTECTION-**Protect the public from your site.

☐ **OSHA**-Obey all OSHA regulations

☒ **OTHER:** _Remove hanging soffits_

_S. Flynn_ _____ _5-14-23_
Village Official                                              Date

Contact the Development Customer Services Department for further information at 708-358-5430 or



















3/3/25, 11:27 AM                    Service Request Edit Page



FOIA Center for the Offices under
the President

## Main Menu

Select Language ▼

🏠 Home

🔍 FAQs

📝 Submit a FOIA
Request

👤 My Request
Center

➡ Logout

View Message(s)

### Request / Incident Summary

**Request Type:**                        FOIA Request

**Contact E-Mail:**                       fchambers@52ndave.com

**Reference No:**                         R005180-102824

**Status:**                               No Records Responsive

## FAQs

See All FAQs 🔍

When will the County
respond to my
request for
information?

How do I submit a
FOIA request for
other County Offices?

Are there fees for
copies of public
records?

What is a Commercial
Request?

Why does Cook
County request my
contact information?

### Additional Information

**Is your FOIA request for a Commercial Purpose?:**
No

*"Commercial purpose" means the use of any part of a public record or records, or
information derived from public records, in any form for sale, resale, or solicitation or
advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Is this a request from a media
outlet?:**
No

**Department Requesting Record(s) From:**
Environment and Sustainability
Please note this is not an exhaustive list...

Environment and Sustainability maintains the following types of records: Permits,
Violations, Inspection Reports, Complaints



Demo permit for 1185 Ridgeland oak park.

## ✎ Additional Request Details

**Date From:**                                    **Date To:**

**Preferred Method to Receive Records:**
Electronic via Download
Additional fees may apply for non-electronic delivery

| New Message | Return to List |
|---|---|

## Messages

🖶 Print Messages (PDF)

⌄ ✉ On 11/4/2024 3:37:27 PM, Cook County Office of the President wrote:

Click Here to View Entire Message

> ✉ On 10/28/2024 3:59:05 PM, Cook County Office of the President wrote:

> ✉ On 10/28/2024 3:59:03 PM, Foster Chambers wrote:



3/3/25, 11:23 AM                                        Service Request Edit Page



## FOIA Center for the Offices under the President

## Main Menu

Select Language  ▼

🏠 Home

🔍 FAQs

📝 Submit a FOIA Request

👤 My Request Center

↪ Logout

## FAQs

See All FAQs 🔍

When will the County respond to my request for information?

How do I submit a FOIA request for other County Offices?

Are there fees for copies of public records?

What is a Commercial Request?

Why does Cook County request my contact information?

View Message(s)

### Request / Incident Summary

**Request Type:**                               FOIA Request

**Contact E-Mail:**                             fchambers@52ndave.com

**Reference No:**                               R005574-020525

**Status:**                                     No Records Responsive

### Additional Information

**Is your FOIA request for a Commercial Purpose?:**
No
*"Commercial purpose" means the use of any part of a public record or records, or information derived from public records, in any form for sale, resale, or solicitation or advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Is this a request from a media outlet?:**
No

**Department Requesting Record(s) From:**
Environment and Sustainability
Please note this is not an exhaustive list...

Environment and Sustainability maintains the following types of records: Permits, Violations, Inspection Reports, Complaints

Powered by


Demo permit for430 s Taylor oak park

### ✍ Additional Request Details

**Date From:**                              **Date To:**

**Preferred Method to Receive Records:**
Electronic via Download
Additional fees may apply for non-electronic delivery

| New Message | Return to List |
|---|---|

Messages                              🖶 Print Messages (PDF)

⌄ ✉ On 2/13/2025 10:13:53 AM, Cook County Office of the President wrote:

Click Here to View Entire Message

> ✉ On 2/5/2025 1:54:41 AM, Cook County Office of the President wrote:



3/3/25, 11:26 AM                                    Service Request Edit Page



# FOIA Center for the Offices under the President

## Main Menu

Select Language ▼

🏠 Home

🔍 FAQs

✍️ Submit a FOIA Request

👤 My Request Center

➡️ Logout

## FAQs

See All FAQs 🔍

When will the County respond to my request for information?

How do I submit a FOIA request for other County Offices?

Are there fees for copies of public records?

What is a Commercial Request?

Why does Cook County request my contact information?

View Message(s)

### Request / Incident Summary

**Request Type:**            FOIA Request

**Contact E-Mail:**          fchambers@52ndave.com

**Reference No:**            R005519-012925

**Status:**                  No Records Responsive

### Additional Information

**Is your FOIA request for a Commercial Purpose?:**
No
*"Commercial purpose" means the use of any part of a public record or records, or information derived from public records, in any form for sale, resale, or solicitation or advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Is this a request from a media outlet?:**
No

**Department Requesting Record(s) From:**
Environment and Sustainability
Please note this is not an exhaustive list...

Environment and Sustainability maintains the following types of records: Permits, Violations, Inspection Reports, Complaints



Powered by
GovQA

Demo permit for 510 Grove. Oak Park.

### 🖉 Additional Request Details

**Date From:**                            **Date To:**

**Preferred Method to Receive Records:**
Electronic via Download
Additional fees may apply for non-electronic delivery

| New Message | Return to List |
|---|---|

Messages                                         🖶 Print Messages (PDF)

⌄ ✉ On 2/4/2025 3:43:08 PM, Cook County Office of the President wrote:

Click Here to View Entire Message

❯ ✉ On 1/29/2025 1:54:50 PM, Cook County Office of the President wrote:



3/3/25, 11:26 AM                                          Service Request Edit Page



## FOIA Center for the Offices under the President

### Main Menu

🏠 Home

🔍 FAQs

📝 Submit a FOIA Request

👤 My Request Center

➡️ Logout

### FAQs

See All FAQs 🔍

When will the County respond to my request for information?

How do I submit a FOIA request for other County Offices?

Are there fees for copies of public records?

What is a Commercial Request?

Why does Cook County request my contact information?

Select Language ▼

View Message(s)

### Request / Incident Summary

| | |
|---|---|
| **Request Type:** | FOIA Request |
| **Contact E-Mail:** | fchambers@52ndave.com |
| **Reference No:** | R005517-012925 |
| **Status:** | No Records Responsive |

### Additional Information

**Is your FOIA request for a Commercial Purpose?:**
No

*"Commercial purpose" means the use of any part of a public record or records, or information derived from public records, in any form for sale, resale, or solicitation or advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Is this a request from a media outlet?:**
No

**Department Requesting Record(s) From:**
Environment and Sustainability
Please note this is not an exhaustive list...

Environment and Sustainability maintains the following types of records: Permits, Violations, Inspection Reports, Complaints



Demo permit for 541 and 500 Gunderson Ave oak Park.

## ✎ Additional Request Details

**Date From:**                                   **Date To:**

**Preferred Method to Receive Records:**
Electronic via Download
Additional fees may apply for non-electronic delivery

| New Message | Return to List |

## Messages                                  🖶 Print Messages (PDF)

⌄ ✉ On 2/5/2025 11:30:21 AM, Cook County Office of the President wrote:

Click Here to View Entire Message

❯ ✉ On 1/29/2025 10:31:15 AM, Cook County Office of the President wrote:

❯ ✉ On 1/29/2025 10:31:13 AM, Foster Chambers wrote:



3/3/25, 11:27 AM                                          Service Request Edit Page



FOIA Center for the Offices under
the President

## Main Menu

Select Language ▼

🏠 Home

🔍 FAQs

📝 Submit a FOIA Request

👤 My Request Center

➡ Logout

View Message(s)

### Request / Incident Summary

**Request Type:**                           FOIA Request

**Contact E-Mail:**                         fchambers@52ndave.com

**Reference No:**                           R004999-090924

**Status:**                                 No Records Responsive

## FAQs

See All FAQs 🔍

When will the County respond to my request for information?

How do I submit a FOIA request for other County Offices?

Are there fees for copies of public records?

What is a Commercial Request?

Why does Cook County request my contact information?

### Additional Information

**Is your FOIA request for a Commercial Purpose?:**
No
*"Commercial purpose" means the use of any part of a public record or records, or information derived from public records, in any form for sale, resale, or solicitation or advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Is this a request from a media outlet?:**
No

**Department Requesting Record(s) From:**
Environment and Sustainability
Please note this is not an exhaustive list...

Environment and Sustainability maintains the following types of records: Permits, Violations, Inspection Reports, Complaints



Demo permits for 825 highland Ave oak park.

## 🖉 Additional Request Details

**Date From:**                          **Date To:**

**Preferred Method to Receive Records:**
Electronic via Download
Additional fees may apply for non-electronic delivery

| New Message | Return to List |
|---|---|

Messages                          🖨 Print Messages (PDF)

⌄ ✉ On 9/16/2024 10:04:00 AM, Cook County Office of the President wrote:

Click Here to View Entire Message

❯ ✉ On 9/9/2024 11:08:24 AM, Cook County Office of the President wrote:

❯ ✉ On 9/9/2024 11:08:23 AM, Foster Chambers wrote:

