## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Foster Chambers
                      Plaintiff,
v.                                               Case No.: 1:25−cv−02265
                                                         Honorable Jeffrey I Cummings

Village Of Oak Park
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed plaintiff's "motion to voluntary dismiss" without prejudice [44] and defendant's response thereto [45] seeking a dismissal with prejudice. Although pro se plaintiff seeks dismissal of this case without prejudice pursuant to Rule 41(a)(2) in his motion, his notice of intent not to proceed with this case was filed before defendant answered the complaint or filed a motion for summary judgment. As such, the Court construes his "motion" as a notice of voluntary dismissal under Rule 41(a)(1), which is "absolute" and self−effectuating and the Court may not place any additional conditions on the dismissal, including the dismissal with prejudice defendant seeks. See AAA Gaming LLC v. Midwest Elecs. Gaming, LLC, No. 24−2876, 2025 WL 1232496, at *2 (7th Cir. Apr. 29, 2025) ("where a plaintiff files a notice of voluntary dismissal that complies with Rule 41(a)(1)(A)(i), the notice terminates the case all by itself, and there is nothing left to adjudicate.") (cleaned up); Smith v. Potter, 513 F.3d 781, 78283 (7th Cir. 2008) ("The plaintiff sought to dismiss her first suit before the defendant filed either an answer or a motion for summary judgment, so the judge was not authorized to dismiss the suit with prejudice. The miscaptioned motion itself effected the dismissal of the suit; the case was gone; no action remained for the district judge to take."); Beaulieu v. Gage Marine, No. 24−CV−734−PP, 2024 WL 4024561, at *1 (E.D.Wis. Aug. 30, 2024) ("The Seventh Circuit has held that a plaintiff's right to voluntary dismissal by notice before the filing of an answer or a motion for summary judgment is 'absolute.'") (citing Marques v. Federal Reserve Bank of Chi., 286 F.3d 1014, 1017 (7th Cir. 2002)). Accordingly, this case is dismissed without prejudice pursuant to plaintiff's self−effectuating notice of voluntary dismissal under Rule 41(a)(1)(A)(i). All pending motions, deadlines, and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.